

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

T HE C ITY OF N EW Y ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BRANDON WEISMAN**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Phone: (212) 356-2286
Email: bweisman@law.nyc.gov

September 27, 2024

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**09/30/2024**

Re:  Elmore Murray v. City of New York, et al.
     23-CV-10031 (PAE)

Dear Magistrate Judge Parker:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendants City of New York and Office of the Bronx District Attorney in the above-referenced action. I write to respectfully request that the telephone conference scheduled for October 7, 2024 be adjourned *sine die*. As discussed with District Judge Engelmayer on our initial telephone conference, the parties are not yet ready for settlement discussions and would respectfully prefer to inform the court if a settlement conference would be appropriate after some discovery has been taken. Plaintiff consents to this request. Accordingly, the parties jointly request that the settlement conference scheduled for October 7, 2024 be adjourned *sine die*, and the parties will respectfully inform the Court if and when a settlement conference would be productive.

Respectfully submitted,

/**s**/
Brandon Weisman
Assistant Corporation Counsel

TO:  Justin Clark, Esq. (by ECF)
     *Attorney for Plaintiff*