

Justin S. Clark
jclark@mpmlaw.com
207-523-8290

May 14, 2025

**VIA ECF**
United States District Court
Honorable Paul A. Engelmayer
40 Foley Square
New York, NY 10007

Re: *Murray v. City of New York* - 1:23-cv-10031
Request to Adjourn Telephonic Case Management Conference

Dear Judge Engelmayer,

This firm represents the plaintiff Elmore Murray in the above-referenced action. Plaintiff submits this Letter Motion to respectfully request an adjournment of the telephonic case management conference scheduled for May 21, 2025 at 10:00 A.M. Pursuant to the Court's Order dated April 29, 2025, the parties have submitted a letter to the Honorable Katharine H. Parker requesting a settlement conference before Judge Parker during the week of June 9th, 2025. A date for the settlement conference with Judge Parker has not been set at this time. The reason for this request is that the undersigned will be engaged in a trial on May 21, 2025, and it would conserve the resources of the parties and the Court to hold the telephonic case management conference after a settlement conference with Judge Parker has been held.

The telephonic case management conference was originally scheduled for February 18, 2025. Plaintiff respectfully requests that the telephonic conference be adjourned until after the settlement conference with Judge Parker has been held. To the extent a precise date is desired by the Court, the parties have conferred and propose the dates of June 26, 2025 or June 27, 2025. This is the third request for such relief. All previous requests for this relief were granted by the Court. Counsel for defendant consents to this request.

Thank you for the Court's time and attention to this matter.

Respectfully submitted,

Justin S. Clark

Celebrating over 50 years and thousands of valued relationships
75 Pearl Street   PO Box 9785   Portland, ME 04104-5085   (207) 773-5651
www.mpmlaw.com

GRANTED. The Court reschedules the case management conference currently scheduled for May 21, 2025 to June 30, 2025 at 4 p.m.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: May 15, 2025
      New York, New York