

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **BRANDON WEISMAN**<br>*Assistant Corporation Counsel*<br>Labor and Employment Law Division<br>Phone: (212) 356-2286<br>Email: bweisman@law.nyc.gov |

June 18, 2025

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:  Elmore Murray v. City of New York, et al.
             23-CV-10031 (PAE)

Dear District Judge Engelmayer:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants City of New York and Office of the Bronx District Attorney in the above-referenced action. I write to respectfully request a second adjournment of the telephonic case management conference currently scheduled for June 30, 2025. Plaintiff's previous request for an extension was granted. The Court granted the first extension prior to the parties hearing back from Magistrate Judge Parker on a date for a settlement conference, which is now scheduled for August 4th. Accordingly, I am requesting another adjournment of our conference until after the August 4th settlement conference in order to conserve judicial resources and in case the parties indeed settle this matter.

                                                 Respectfully submitted,

                                                 /s/
                                                 Brandon Weisman
                                                 Assistant Corporation Counsel

TO:    Justin Clark, Esq. (by ECF)
            *Attorney for Plaintiff*

GRANTED. The Court adjourns the telephonic case management conference scheduled for June 30, 2025 to September 3, 2025 at 11 a.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 18, 2025
       New York, New York